FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON MICHAEL HARRIS, a single man,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company; JENA LYNN OWENS, a married woman; and STEPHANIE MARIE WIDEMAN, a married woman,<br><br>　　　　Defendants. | No. 2:20-CV-00366-SAB<br><br>**ORDER DISMISSING CASE** |

　　　Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice and Without Costs to Any Party, ECF No. 15. The parties indicate that this matter has been fully resolved and thereby request the Court to dismiss the case with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby accepts the stipulation and dismisses the action.

//

//

//

**ORDER DISMISSING CASE** *1

Accordingly, it is **HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss with Prejudice and Without Costs to Any Party, ECF No. 15, is **GRANTED**.

2. The above-captioned case and all claims asserted therein are **DISMISSED with prejudice**, without costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, <u>and</u> close the file.

**DATED** this 2nd day of May 2022.



                Stanley A. Bastian
      Chief United States District Judge

**ORDER DISMISSING CASE** \*2